In the Matter of the Judicial Settlement of the Account of KATE O'KEEFFE, as Administratrix, etc., of AGNES McNALLY, Deceased. KATE O'KEEFFE, as Administratrix, etc., of AGNES McNALLY, Deceased, Appellant; WILLIAM TRIMPIN, Respondent.— Order of the Surrogate's Court of Suffolk county, allowing claim against the estate of Agnes McNally, deceased, for services rendered and materials furnished in the improvement of real property of the deceased, unanimously affirmed, with costs, payable out of the estate. No opinion. Present — Carswell, Tompkins, Davis and Johnston, JJ.; Lazansky, P. J., not voting.

In the Matter of Supplementary Proceedings: JOSEPH S. WARSEN, Judgment Creditor, Respondent, v. A. D. GRANGER Co., Judgment Debtor; ABBOTT D. GRANGER, Appellant.— Order granting plaintiff's motion to punish appellant for contempt affirmed, with fifty dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.